**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re: Sherman E Brown             :   Case No: 17-51938
       Angela D Brown
       Debtor(s)                  :   Chapter 13 Judge: CHARLES M. CALDWELL

                                  :

**FIRST AMENDED**
**CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION**

   Now comes Frank M. Pees, Standing Chapter 13 Trustee, and objects to the confirmation of the plan and requests that the Court enter an Order denying confirmation for the reasons set forth below and dismissing the case, pursuant to 11 U.S.C. §1307. This objection supersedes any prior objection filed in this case by the Trustee.

   Above median income __X__             Below median income _____

   __X__ **11 U.S.C. §1325(a)(1)**-Plan does not comply with all provisions of Chapter 13 of Title 11 and the other applicable provisions of Title 11:

      __X__ Other: **Provide further information to the Trustee as to how Ohio Department of Taxation has attached a secured lien on debtor's furniture and appliances.**

      __X__ Debtor has failed to commit all disposable income to plan for the applicable commitment period. **Plan length at 53 months does not meet the applicable commitment period of 60 months.**

   Pursuant to LBR 3015-2(a), amendments necessary to place the plan in a posture for confirmation must be filed at least ten (10) days prior to the hearing on confirmation set for June 12, 2017, unless Debtor(s) have entered into an Agreed Order with the Trustee and so are bound by the terms of that Order.

   Therefore, the Trustee prays that confirmation is denied and this case be dismissed for cause pursuant to §1307(c).

**TERMS OF THE PLAN:**

**Plan Payments: $610 per month for the duration of the plan.**

**Best Interest Dividend: 0%    Dividend: 28%**

**Length: 53 Months**

Dated: June 01, 2017                                        Respectfully submitted,

**/s/  Frank M. Pees**
Frank M. Pees
Chapter 13 Trustee
130 East Wilson Bridge Road #200
Worthington, Ohio 43085
(614) 436-6700
trustee@ch13.org

CERTIFICATE OF SERVICE

    The undersigned hereby certified that on the date shown below a copy of the Trustee's First Amended Objection to Confirmation was served electronically on the Office of the United States Trustee and Debtor's attorney, and on the Debtor(s) at the address as currently shown in the Trustee's records by regular first class mail, postage prepaid.

Dated: June 01, 2017                                       **/s/ Frank M. Pees**
                                                                   Frank M. Pees
                                                                   Chapter 13 Trustee
                                                                   130 East Wilson Bridge Road #200
                                                                   Worthington, Ohio 43085-6300